UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOHN CZARNOTA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>**Commissioner of the Social Security Administration,**<br><br>    Defendant. | Case No. EDCV 08-1734 DDP (AJW)<br><br>J U D G M E N T |

**IT IS ADJUDGED** that the Commissioner's decision is affirmed.

__June 9, 2011

_____
DEAN D. PREGERSON
United States District Judge